| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| COVINGTON & BURLING LLP | Ref. No. Or File No. | |

Attorneys for:

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Plaintiff:
DMG DENTAL-MATERIAL GESELLSCHAFT MBH

Defendant:
DENA DENTAL CORP.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number: 2:10-cv-05613-SDW -MCA |
|---|---|---|---|---|

I, Gary Swanberg, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT; PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT; CIVIL COVER SHEET; LETTER

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant          : DENA DENTAL CORP.

By Serving         : Lucy Romero, Authorized Agent

Address            : 14069 Bluewood Drive, Fontana, California 92237
Date & Time        : Thursday, November 4, 2010 @ 4:20 p.m.
Witness fees were  : Not applicable.

Person serving:
Gary Swanberg
Veritext
1250 Broadway, Ste 2400
New York, NY 10001
(212) 279-9424

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 320
   (3) County: Riverside
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 4, 2010                    Signature: _____
                                                      Gary Swanberg


Printed on recycled paper